AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Arnold Karr, Chicago Area Pre-Paid Legal Fund, et al.

V.

Hotel Blake

CASE NUMBER: 08 CV 2302

ASSIGNED JUDGE: Pallmeyer

DESIGNATED MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

Hotel Blake
500 South Dearborn
Chicago, Illinois 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James Novy
Rock Fusco, LLC
321 North Clark Street - Suite 2200
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ Nadine Girley*
(By) DEPUTY CLERK

April 24, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/24/08 |
| NAME OF SERVER (PRINT) James Novy | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, return receipt requested to: Hotel Blake, c/o General Manager, 500 South Dearborn, Chicago, IL 60605

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/24/08
Date

Signature of Server [signed: James Novy]

321 N. Clark St., Suite 2200 Chicago, IL 60610
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.