UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARNOLD KARR, FRANK CAPUTO, GARY WOOD, JAMES DYSON, TERRY MALONEY, WILLIAM BIGGERSTAFF as TRUSTEES of the CHICAGO PRE-PAID LEGAL FUND; the CHICAGO AREA PRE-PAID LEGAL FUND<br><br>            Plaintiffs,<br><br>-vs-<br><br>HOTEL BLAKE<br><br>            Defendant. | No. 08 CV 2302 |

**NOTICE OF MOTION**

TO:     See attached Service List.

            PLEASE TAKE NOTICE THAT ON **May 8, 2008**, at **8:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Pallmeyer, Room 2119**, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court, Northern District of Illinois, Eastern Division, and shall then and there present a **Motion for Leave to File an Amended Complaint**, a copy of which is attached hereto and hereby served upon you.

**ROCK FUSCO, LLC**
321 North Clark Street
Suite 2200
Chicago, Illinois 60610
312/494-1000

**PROOF OF SERVICE**

            James B. Novy, an attorney, being first duly sworn on oath, deposes and states that the attached documents were mailed to all parties as addressed by depositing same in the U.S. Mail Chute at 321 North Clark Street, Chicago, Illinois on May 2, 2008.

                                                                            ____/s/ James Novy_____

**Service List**
*Karr v. Hotel Blake*
*08 CV 2302*

**<u>DEFENDANT</u>**

Hotel Blake
500 South Dearborn Street
Chicago, Illinois 60605
Attn: General Manager