# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2302 | **DATE** | 5/5/2008 |
| **CASE TITLE** | Arnold Karr, et al vs. Hotel Blake | | |

**DOCKET ENTRY TEXT**

Motion for leave to file Amended Complaint [8] granted. Status conference now set for 6/24 at 9:00 to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|