# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2302 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Arnold Karr, et al vs. Hotel Blake | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/28/2008. As Defendant has filed bankruptcy, the case is stayed.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|